**BROADCOM CORPORATION,**
**Plaintiff–Cross Appellant,**

v.

**QUALCOMM INCORPORATED,**
**Defendant–Appellant.**

Nos. 2009–1015, 2009–1116, 2009–1117, 2009–1160, 2009–1166, 2009–1190.

United States Court of Appeals, Federal Circuit.

May 5, 2009.

William F. Lee, Joseph J. Mueller, Richard W. O'Neill, Lauren B. Fletcher, Wilmer Cutler Pickering Hale, Boston, MA, James L. Quarles III, Heath A. Brooks, Joshua Marc Salzman, Wilmer Cutler Pickering Hale, Washington, DC, for Plaintiff–Cross Appellant.

Evan R. Chesler, Richard J. Stark, Andrei Harasymiak, Antony L. Ryan, Cravath Swaine & Moore LLP, New York, NY, Carter G. Phillips, Sidley Austin LLP, Washington, DC, for Defendant–Appellant.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).